# Court of Appeals
# of the State of Georgia

ATLANTA,  November 30, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0542. MURRAY JACKSON v. THE STATE.

In February 2020, Murray Jackson pleaded guilty to driving with a suspended license and reckless driving and was sentenced to 48 months, to be served on probation.[1] The State filed a motion seeking to revoke Jackson's probation in August 2022. In support of that motion, the State alleged that Jackson had failed to comply with numerous special conditions of his probationary sentence, including failure to report to the probation office, failure to complete required drug/alcohol counseling, and failure to enroll in and complete a course at a DUI school. Following a hearing,  the trial court entered an order revoking Jackson's probation and requiring him to serve the balance of his sentence in incarceration. Jackson then filed this direct appeal. We, however, lack jurisdiction.

Appeals from probation revocation orders must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269, 269 n. 2 (745 SE2d 1) (2013). And where a discretionary application is required, failure to comply with that requirement deprives this Court of jurisdiction. See *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021).  Accordingly, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/30/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.* Stephen E. Castlen

---

[1] In exchange, the State agreed not to prosecute pending charges against Jackson that included endangerment of a child and failure to maintain lane.